ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTHWEST AIR CONDITIONING, INC., etc. <br><br> Defendant. | NO. C 05 1251 PJH <br><br> NOTICE OF <u>VOLUNTARY DISMISSAL</u> <br><br> AND ORDER |

    Notice is hereby given that plaintiffs dismiss the above entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for August 18, 2005 at 2:30 p.m. in Courtroom No. 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: July 27, 2005

ERSKINE & TULLEY

By: _____
Michael J. Carroll
Attorneys for Plaintiffs

GRANTED
Judge Phyllis J. Hamilton

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Sansome Street, Suite 600, San Francisco, California 94104. On July 27, 2005 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Jerrold C. Schaefer
333 Market Street, 21st Floor
San Francisco, CA 94105
Suite 3E
Larkspur, CA 94939

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2005 at San Francisco, California.

*Sharon Eastman* (signature)
Sharon Eastman